# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| WESLEY JACOBS, | ) | CASE NO. 5:19-CV-466 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | MEMORANDUM OPINION AND ORDER |
| SECURITAS ELECTRONIC SECURITY, INC., | ) | |
| DEFENDANT. | ) | |

This matter comes before the Court upon the parties' joint motion to amend the stipulated protective order. (Doc. No. 37 ["Mot."]; *see* Doc. No. 29 (Stipulated Protective Order).) In their motion, the parties seek to remove from the protective order language providing that documents used in hearings and trials will not be sealed. The parties seek this modification because they desire to have exhibits to be used in the preliminary injunction hearing before Magistrate Judge Burke, as well as the transcript from the preliminary injunction hearing itself, sealed. In support, they maintain that certain anticipated exhibits will contain confidential business information regarding pricing, customers, and business strategies. (Mot. at 345.)

The parties' joint motion is DENIED because the parties have failed to even address, let alone meet, the high standard in the Sixth Circuit for sealing exhibits used in public hearings. *See Shane Grp., Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 306 (6th Cir. 2016) (comparing the relatively low stand for issuing a protective order for documents exchanged during discovery with the considerably higher standard for sealing documents used in court proceedings). As the Court advised counsel prior to the hearing, the parties remain free to move

the Court for leave to seal certain, specific exhibits, provided they can demonstrate a legally sufficient basis for doing so.

**IT IS SO ORDERED**.

Dated: June 13, 2019

			_____
			**HONORABLE SARA LIOI**
			**UNITED STATES DISTRICT JUDGE**